

# MANDATE

# Court of Appeals

# First District of Texas

NO. 01-15-00379-CV

VIRGINIA K. FAUBION, Appellant

V.

PHINEAS INVESTEX, INC., Appellee

Appeal from the County Court at Law No. 2 of Travis County.
(Tr. Ct. No. C-1-CV-15-000065).

**TO THE COUNTY COURT AT LAW NO. 2 OF TRAVIS COUNTY, GREETINGS:**

Before this Court, on the 6th day of October 2015, the case upon appeal to revise or to reverse your judgment was determined. This Court made its order in these words:

Appellant, Virginia K. Faubion, has neither paid, nor made arrangements to pay, the fee for preparing the clerk's record. After being notified that the appeal was subject to dismissal, appellant did not adequately respond. Accordingly, the Court **dismisses** the appeal.

The Court **orders** that the appellant, Virginia K. Faubion, pay all appellate costs.

The Court **orders** that this decision be certified below

for observance.

Judgment rendered October 6, 2015.

Per curiam opinion delivered by panel consisting of Justices Keyes, Massengale, and Lloyd.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things to have it duly recognized, obeyed, and executed.

December 22, 2015

Date

CHRISTOPHER A. PRINE
CLERK OF THE COURT

